**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 22-1661 _____     _____ Caption [use short title] _____

Motion for: Continuing oral argument

_____

_____

_____

Set forth below precise, complete statement of relief sought:

Due to medical emergency, counsel for Plaintiff-Appellant     **T.W. v. N.Y. State Bd. of Law Exam'rs, et al.**

requests that oral argument be rescheduled.

_____

_____

_____

_____

MOVING PARTY: T.W. _____     OPPOSING PARTY: N.Y. State Board of Law Examiners, et al. _____

    ☑ Plaintiff     ☐ Defendant

    ☑ Appellant/Petitioner     ☐ Appellee/Respondent

MOVING ATTORNEY: Mary Vargas _____     OPPOSING ATTORNEY: Dennis Fan _____

[name of attorney, with firm, address, phone number and e-mail]

Stein & Vargas, LLP _____     Office of Attorney General, State of New York _____

10 G St. NE, Ste. 600, Washington, DC 20002 _____     28 Liberty St., New York, NY 10005 _____

Tel. (240) 793-3185, mary.vargas@steinvargas.com     Tel. (212) 416-8921, dennis.fan@ag.ny.gov _____

Court- Judge/ Agency appealed from: U.S. District Court for the Eastern District of New York, Judge Dearie

Please check appropriate boxes:                       **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):     Has this request for relief been made below?   ☐ Yes ☑ No

  ☑ Yes ☐ No (explain): _____     Has this relief been previously sought in this court? ☐ Yes ☑ No

_____     Requested return date and explanation of emergency: Medical emergency on

                                          part of Plaintiff-Appellant's counsel makes her unable to participate in oral argument as scheduled.

Opposing counsel's position on motion:                 _____

  ☑ Unopposed ☐ Opposed ☐ Don't Know      _____

Does opposing counsel intend to file a response:

  ☐ Yes ☑ No ☐ Don't Know             _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes ☐ No If yes, enter date: March 30, 2023

Signature of Moving Attorney:

/s/ Mary Vargas _____ Date: 3/23/2023 _____ Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

_____

|  |  |  |
|---|---|---|
| T.W., Plaintiff-Appellant | ) | |
| | ) | |
| v. | ) | No. 22-1661 |
| | ) | |
| New York State Board of Law | ) | |
| Examiners, *et al.* Defendants-Appellees | ) | |

_____

### EMERGENCYMOTION TO CONTINUE ORAL ARGUMENT

Oral argument in the matter *T.W. v. New York State Board of Law Examiners*, Case No. 22-1661, is currently scheduled for oral argument on March 30, 2023.

Mary Vargas, counsel for Plaintiff-Appellant, is experiencing a medical emergency (L5 herniated disc compressing the nerve root) that leaves her unable to sit, stand, or walk without experiencing extreme pain. She may require surgery in the next few days. Given the ongoing medical emergency, Ms. Vargas does not anticipate being physically able to do oral argument on March 30 as scheduled. *See* Ex. A, Decl. of Mary Vargas. For this reason, Plaintiff-Appellant requests that oral argument be continued to a later date.

Counsel for Plaintiff-Appellant has conferred with counsel for Defendants-Appellees who take no position on this motion. If this Court decides to reschedule

argument, the parties request that oral argument be continued to a date in this term after May 8, 2023.

Respectfully submitted,

/s/ Mary Vargas
Mary Vargas
Michael Steven Stein
STEIN & VARGAS, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel.: (240) 793-3185
Fax: (888) 778-4620
michael.stein@steinvargas.com
mary.vargas@steinvargas.com

Jo Anne Simon
Jo Anne Simon, P.C.
99 Park Avenue, Suite 1510
New York, NY 10016
Tel: (718) 852-3528

# CERTIFICATE OF COMPLIANCE

1. This brief complies with Federal Rules of Appellate Procedure 27(d), because:

   This motion does not exceed 5,200 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because:

   This motion has been prepared in a proportionally spaced typeface using 14-point Times New Roman font.

/s/ Mary Vargas
Mary Vargas
STEIN & VARGAS, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel.: (202) 510-9553
Fax: (888) 778-4620
michael.stein@steinvargas.com

**EXHIBIT A**

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

—————————————————————— )
T.W., Plaintiff-Appellant                      )
                                               )
v.                                             )          No. 22-1661
                                               )
New York State Board of Law                    )
Examiners, *et al.* Defendants-Appellees       )
—————————————————————— )

## DECLARATION OF MARY VARGAS

I, Mary Caroline Vargas, make the following declaration upon personal knowledge:

1. I am counsel for Plaintiff-Appellant T.W. and I will present oral argument in the above-captioned matter.

2. I am currently experiencing a medical emergency (L5 herniated disc compressing the nerve root) that leaves me unable to sit, stand, or walk without extreme pain.

3. I am seeking medical attention and anticipate undergoing corrective surgery in the next few days.

4. Given my ongoing medical emergency, I do not anticipate being physically able to present oral argument on March 30, 2023 as scheduled.

5. I declare under the penalties of perjury that the foregoing is true and correct.

Dated: March 23, 2023

/s/ Mary Vargas
Mary Vargas
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel: (240) 793-3185
Fax: (888) 778-4620
mary.vargas@steinvargas.com

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| _____ | ) | |
| T.W., Plaintiff-Appellant | ) | |
| | ) | |
| v. | ) | No. 22-1661 |
| | ) | |
| New York State Board of Law | ) | |
| Examiners, *et al.* Defendants-Appellees | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that on March 23, 2023, copies of the foregoing Emergency Motion to Continue Oral Argument were served on all parties via CM/ECF.

/s/ Mary Vargas
Mary Vargas
STEIN & VARGAS, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel.: (240) 793-3185
Fax: (888) 778-4620
mary.vargas@steinvargas.com