## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: T.W. v. New York State Board of Law Examiners       Docket No.: 22-1661

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ester Murdukhayeva

Firm: New York State Office of the Attorney General

Address: 28 Liberty St.

Telephone: (212) 416-6279     Fax:

E-mail: ester.murdukhayeva@ag.ny.gov

Appearance for: Appellees New York State Board of Law Examiners, et al.
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Dennis Fan / New York State Office of the Attorney General)
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 9, 2022       OR

☐ I applied for admission on       .

Signature of Counsel: /s/ Ester Murdukhayeva

Type or Print Name: Ester Murdukhayeva