# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-four.

Before:     Debra Ann Livingston,
                  *Chief Judge.*

---

T.W.,

       Plaintiff - Appellant,

v.

New York State Board of Law Examiners, Diane Bosse, John J. McAlary, Bryan Williams, Robert McMillen, E. Leo Milonas, Michael Colodner,

       Defendants - Appellees.

**ORDER**

Docket No. 22-1661

---

The National Disability Rights Network and other organizations move for leave to file an amicus brief in support of the Appellant's petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court